**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jimmy NIXON, Defendant–Appellant.**

No. 10–30724
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 10, 2011.

James Stanley Lemelle, Assistant U.S. Attorney, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Jimmy Nixon, Fort Dix, NJ, pro se.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Jimmy Nixon, federal prisoner # 12863–116, moves to proceed *in forma pauperis* ("IFP") in this appeal of the denial of his motion for a sentencing reduction under 18

---

U.S.C. § 3582(c)(2), which authorizes a reduction "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." § 3582(c)(2); *Dillon v. United States,* —— U.S. ——, ——, 130 S.Ct. 2683, 2691, 177 L.Ed.2d 271 (2010). Nixon has not shown, in the district court or on appeal, that he is eligible for a § 3582(c)(2) reduction based on an amendment to the Sentencing Guidelines because of his assertion that his military service was not taken into account at sentencing.

Nixon has not shown that the denial of his motion presents a nonfrivolous issue for appeal. Accordingly, his motion to proceed IFP is denied, and the appeal is dismissed. 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.